L. Julius M. Turman (SBN 226126)
Email:    jturman@reedsmith.com
Philip J. Smith (SBN 232462)
Email:    psmith@reedsmith.com
Elizabeth J. Boca (SBN 255719)
Email:    eboca@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
CPM-US, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUSARDI, an individual; on behalf of himself and all other similarly situated current and former employees,<br><br>Plaintiff,<br><br>vs.<br><br>CPM-US, LLC, a Delaware Limited Liability Company, and DOES 1 through 50, Inclusive,<br><br>Defendant. | Case No.: 2:13-cv-02649-TLN-EFB<br><br>**JOINT STIPULATION CONSENTING TO REMAND AND WITHDRAWAL OF MOTION TO DISMISS; ORDER**<br><br>Removal Filed:             December 23, 2013<br>Motion for Remand Filed: January 6, 2014<br>Motion To Dismiss Filed: January 24, 2014 |

1.     On November 20, 2013, Plaintiff James Lusardi ("Plaintiff" or "Lusardi") commenced an Action against CPM-US, LLC ("CPM-US") by filing a Complaint ("Complaint") in the Superior Court of California, County of Sacramento, entitled *JAMES LUSARDI v. CPM-US LLC*, Case No. 34-2013-00154871-CU-OE-GDS  (hereinafter, the "the Action").

2.     On December 20, 2013, CPM-US timely filed its Answer to the Complaint in the Superior Court of California, County of Sacramento.

3.     On December 23, 2013, CPM-US timely removed the State Court Action to this Court pursuant to 28 U.S.C. Sections 1332 and 1441(b) (diversity jurisdiction). (*See*, Dkt No. 1).

4.     On December 23, 2013, CPM-US completed the removal process by filing a conformed copy of the Removal papers with the Sacramento County Superior Court.

5.     On January 6, 2014, Lusardi timely filed a First Amended Complaint as a matter of right pursuant to Fed. Rules Civ. Proc. R. 15(a)(1)(B), which added a sixth cause of action for violation of the Private Attorney General Act (Cal. Labor Code §§ 2698 et seq.).  (See First Amended Complaint (Dkt. No. 8)).

6.     Also on January 6, 2014, Lusardi filed a Motion to Remand the action to state court on the grounds that the Court lacks subject matter jurisdiction, because CPM-US purportedly failed to provide facts and evidence sufficient to establish that the "amount in controversy" in this Action exceeds $75,000 as required under 28 U.S.C. § 1332(a). (See Notice of Motion and Motion to Remand (Dkt. Nos. 9 and 9-1)).

7.     Following closer review of Plaintiff's Motion to Remand, including the damage calculations and claims therein presented for the first time, on January 9, 2014, CPM-US offered to stipulate to the remand of the matter to state court.

8.     Lusardi rejected CPM-US' offer to stipulate to removal because Ninth Circuit precedent "the parties cannot by stipulation or waiver grant or deny federal subject matter jurisdiction."  See *Janakes v. United States Postal Service*, 768 F.2d 1091, 1095 (9th Cir., 1985).

9.     On January 14, 2014, CPM-US filed a Statement of Non-Opposition to Lusardi's

Motion to Remand. (See Statement of Non-Opposition (Dkt. No. 11)). In so doing, CPM-US does not dispute this Court lacks subject matter jurisdiction over this Action.

10. On January 24, 2014, Defendant filed a Motion to Dismiss the First Amended Complaint, filed in this Court, on the grounds that this court lacks jurisdiction to hear the matter and that the matter should be therefore heard in state court.

11. On January 27, 2014, Lusardi filed a Reply brief in support of his Remand Motion, asserting that **(a)** the Motion to Dismiss was mooted by his unopposed Remand Motion, **(b)** the Motion to Dismiss was improper because the First Amended Complaint was filed as a matter of right pursuant to Fed. Rules Civ. Proc. R. 15(a)(1)(B), and thereon, the right to undertake the filing was not contingent on the Court having jurisdiction over the case, and could not be stricken by the Court under applicable law, and **(c)** the Motion to Dismiss was unnecessary, as Lusardi has a concurrent right to amend his complaint to add a PAGA claim as a matter of right in state court pursuant to Cal, Lab. Code § 2699.3 (2)(C).

**NOW THEREFORE**, the parties hereby stipulate as follows:

### STIPULATION

1. The Plaintiff's unopposed Motion to Remand should be granted, and the Action remanded to the Sacramento County Superior Court;

2. CPM-US' Motion to Dismiss is hereby Withdrawn, as moot;

3. The parties stipulate that the First Amended Complaint filed on January 6, 2014 is the operative Complaint, and thereon, Lusardi shall file the same First Amended Complaint in the Sacramento County Superior Court, with the exception of changing the caption to reflect that the matter is being filed in state court and deleting paragraph 8, which is no longer relevant;

4. Thereafter, CPM-US shall file an Answer to the same First Amended Complaint that Lusardi filed in this court, once it is filed in the Sacramento County Superior Court, and shall not otherwise move to dismiss, file a demurrer, aver or otherwise respond.

| | | |
|---|---|---|
| DATED: January 31, 2014 | | REED SMITH LLP |

By: /s/ L. Julius M. Turman
Attorneys for Defendant
CPM-US, LLC

DATED: January 31, 2014                    POLLARD BAILEY

By: /s/ Matt C. Bailey
Matt C. Bailey
Attorneys for Plaintiff
JAMES LUSARDI, individual; on behalf of himself and all other similarly situated employees

## ORDER

Pursuant to the Parties' Joint Stipulation Consenting to the Motion to Remand, and good cause appearing, it is hereby Ordered that the Action be remanded to Sacramento County Superior Court. In furtherance of the Parties further stipulation, the Motion to Dismiss is hereby withdrawn as moot given the remand to state court

IT IS SO ORDERED.

Dated: January 31, 2014

Troy L. Nunley
United States District Judge

– 4 –